FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 SEP 19 PM 1: 14
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JERMYIAN D. SHOCKLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 105-026 |
| | ) |
| CARL HUMPHREY, Warden; and | ) |
| THURBERT E. BAKER, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the "Motion to Dismiss Thurbert E. Baker as an Improper Party" is **GRANTED**, the "Motion to Dismiss Petition as Untimely" is **GRANTED**, this civil action is **DISMISSED**, and a final judgment is **ENTERED** in favor of Respondent Humphrey.

SO ORDERED this 19th day of September, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE